Unsealed on 5/6/10

SEALED

ORIGINAL

FILED

2010 MAY -4 PM 1:59

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LLEWELLYN HARTZOG, Defendant. | MAGISTRATE CASE NO. '10 MJ 1478 COMPLAINT FOR VIOLATION OF: Title 18, U.S.C. §2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct Title 18, U.S.C. §2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count 1

On or about and between March 26, 2005 and October 10, 2008, within the Southern District of California, defendant LLEWELLYN HARTZOG did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 2

On or about June 24, 2009, within the Southern District of California, defendant LLEWELLYN HARTZOG did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign

commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Anthony Torres
Special Deputy, US Marshal

Sworn to me and subscribed in my presence this 4th day of May, 2010.

ANTHONY J. BATTAGLIA
United States Magistrate Judge

**STATEMENT OF FACTS**

I am a Detective with the San Diego County Sheriff's Dept, having been so employed for over 24 years. As of April 2007, I became cross-sworn as a Special Deputy U.S. Marshal. I am currently assigned to the Internet Crimes Against Children (ICAC) Task Force and have been so assigned for the over the past four years. My duties include investigating allegations of child sexual abuse, child exploitation, and the sharing and storage of child pornography on computers. I have investigated, or been part of, over 200 cases involving child physical and sexual abuse.

On 10-27-08, I received a CyberTipline referral from the National Center for Missing and Exploited Children, (NCMEC), who handles reports of online child exploitation. On 10-11-08, AOL reported to NCMEC that they had discovered the transmission of email with an embedded and/or attached file containing an image of apparent child pornography. The sender of the email was identified by the AOL email address **louie0369@aol.com**, with an Oceanside, California zip code of 92054. AOL reported that the email was sent on 10-10-08 at 10:00 am EDT and provided the image to NCMEC. I viewed the image attached to this referral and saw what appeared to be a nude prepubescent female, sitting on a bed. The girl's legs are spread open, exposing her vagina to the camera. The girl is using her right hand to hold a nude adult male's penis and her left hand is holding the male's scrotum.

On 10-30-09, I obtained a search warrant, signed by the Hon. Joe Littlejohn, of the San Diego County Superior Court, North County Division, for all subscriber information related to the e-mail address **louie0369@aol.com**. The search warrant was forwarded to AOL and AOL responded by providing me with all information related to the account. Upon reviewing the information I found that the account subscriber was identified as Llewellyn Hartzog. Hartzog had given his address as 603 Seagaze Drive, #799, in the City of Oceanside. California. Hartzog had provided AOL with a telephone number of **323-251-3185**. AOL also reported that Hartzog's internet activity were associated with the IP address of **213.255.230.132**. I then checked the American Registry for Internet Numbers (ARIN) computer database as well as the MaxMind Geolocate database and found that the IP **213.255.230.132** was assigned to a company that provides internet service to the armed forces in Europe. I checked the Phone Validator computer database and found that the phone number associated with the AOL account was a cell phone assigned to Sprint.

I then drove to 603 Seagaze Drive, #799, in the City of Oceanside, and found that it was not a residence, or apartment complex, but a business called Mailboxes of Oceanside. On 11-20-08, I sent an administrative subpoena request to Olga Baca, from Immigrations and Customs Enforcement (ICE), to be forwarded to Sprint Communications for subscriber information on cell phone number **323-251-3185**. On 12-17-08, Sprint responded to the administrative subpoena and reported that Hartzog was the cell phone subscriber with the Seagaze Drive address listed as his billing address.

I contacted Naval Criminal Investigative Service (NCIS) Special Agent (S/A) Heidi Schumacher who advised me that Hartzog was a civilian contractor to the Marine Corps and was currently in Iraq with the Chaplain's office. S/A Schumacher also told me that the IP address provided by AOL was in fact a block of IP addresses used by military personnel in Iraq.

On 02-10-09, the ICAC Task Force received two additional CyberTipline referrals from NCMEC regarding e-mails that had been sent from an e-mail account with the screen name "**Louie0369**". I then previewed the images NCMEC included with this referral and found the first image depicted a nude, prepubescent girl, appearing to be under the age of 10 years old, sitting on a toilet. An adult male was standing over the girl and was penetrating her vagina with his erect penis. The second image depicted another nude, prepubescent girl orally copulating an adult male's penis. The next image depicted a nude, prepubescent girl posing for the camera. The last image I previewed depicted another nude prepubescent girl orally copulating an adult male's penis.

I then utilized the Lexis Nexis Search Engine and found a listing for Llewellyn Hartzog, with a date of birth of 12-14-1963. I then checked the Department of Motor Vehicle's database and found that, as of 03-03-09, Hartzog had given his address as 3896 San Ramon Drive, Apt. 42, in the City of Oceanside. I also found that Hartzog had a previous address of 919 E 109th Place, in the City of Los Angeles, which coincides with one of the addresses listed on the Lexis Nexis search. The Lexis Nexis search also listed Seagate Drive as one of Hartzog's addresses. I then contacted United States Postal Inspection Service (USPIS) S/A Wes Carver and requested an address check of the residence. On 04-21-09, S/A Carver responded that Hartzog does, in fact, receive mail at that address. I drove to 3896 San Ramon Drive and found that a 1992 Chevy Pick-up, California License Number 5Y50599, registered to Llewellyn Hartzog, was parked near apartment 42.

On 06-22-09, a search warrant, signed by the Hon J. Michael Kirkman of the San Diego

County Superior Court, was obtained for the residence, located at 3896 San Ramon Drive, Apt. 42, in the City of Oceanside. On 06-24-09, personnel assigned to the ICAC Task Force staged to serve the search warrant on the residence and then Hartzog came out of his apartment.

I contacted Hartzog and advised him of the investigation and the search warrant. I confirmed that Detective Oyos had advised Hartzog that he was not under arrest at this time and could leave at any time. I again advised Hartzog that he could leave, and he indicated that he would like to be present when the warrant is served. Hartzog was asked to have a seat on the couch as the search team was preparing for the search, and I again advised him of the investigation and what we would be searching for. Hartzog then spontaneously stated that we would find child pornography on his computer and told me that he wanted to talk to me.

I again advised Hartzog of the investigation, the search warrant, and his Miranda Rights. After confirming that Hartzog understood his rights, I asked him if he was willing to talk to me. Hartzog indicated that he would talk to me. I asked Hartzog about e-mail addresses he has used and he told me that he uses hartzog_l@yahoo.com. I then asked Hartzog if he ever had an AOL account, and he told me he did. Hartzog told me he had the user name "Caligula" or something similar. Hartzog also told me he may have also had a user name "Black Caligula" or something similar. I asked Hartzog if he has ever used the screen name "Louie0369," and he told me he did. I confirmed with Hartzog that he has been living at the San Ramon address since March, 2009, and was previously deployed to Iraq.

Hartzog informed me that he was in Iraq from July 7th until sometime in late January 2009, and he was assigned as a "Tactical Safety Officer". Hartzog is a retired Marine Corps Master Gunnery Sergeant. I asked Hartzog what is duties were in the Marine Corps, and he told me "0369". Hartzog said "0369" had to do with being in the infantry. I asked Hartzog to tell me who lives in the apartment, and he told me he lives alone but his daughter comes to stay with him on alternate weekends. Hartzog told me that no one else has stayed in the apartment. I asked Hartzog about the use of the computers. Hartzog told me that he is the only one who uses the computers in the apartment, but his daughter does use the computer when she is staying with him. Hartzog also told me that the computer is not set for specific users and can be accessed by anyone. Hartzog told me his daughter only gets onto Disney websites. Hartzog told me he no longer has an AOL account,

and Cox is his internet provider.

Hartzog admitted that he has received images of child pornography, but he said none of the images depict him or did he take any of the photos himself. Hartzog also admitted for forwarding child pornography to others. Hartzog stated that the images he forwarded were both of young boys and young girls, and he traded pictures with others in chat rooms. I asked Hartzog if he knew it was illegal to possess the images, and he told me he did.

Hartzog then told me that he was "guilty as charged" for possessing the images, but denied being in, or part of any "porno ring". Hartzog also denied searching any "secret sites" and said he only he received the images through e-mails. Hartzog told me that all the people he traded with were AOL users and told me that he communicated with "quite a few". ICAC personnel seized one desktop computer, two laptop computers, four external hard drives, and several other items from the apartment. Another desktop computer was found in Hartzog's garage. The computers and other items seized were transported to the ICAC office and secured in the locked evidence room.

I later previewed the Hewlett Packard desktop computer, found in the house, using the previewing software, and found several images of child pornography. The images depicted several nude, prepubescent girls, orally copulating adult men's penises. Some of the images also depicted prepubescent girls, posing nude, with the focus of the images on their genital areas. I found that two of the images on the Hewlett Packard computer were the same images AOL reported being sent by e-mail.

I then previewed the E-power desktop computer, found in the garage, also using previewing software. I was able to locate several images depicting child pornography, including two images depicting pubescent boys engaged in sex acts with adult women.

I then used the preview software to preview a gray Dell laptop that was located in Hartzog's apartment. I was able to locate three images of child pornography on the computer, including one image depicting a nude prepubescent girl orally copulating an adult male's penis. This image is also one of the images AOL reported being sent via Louie0369's e-mail. I was able to check the file path of the images and found that they were located in **Documents and Settings/All Users/Application Data/Yahoo!/Messenger/Photo Sharing.** These items were also copied to a thumb drive and transferred to the case file.

I attempted to preview black Dell laptop computer, found in Hartzog's apartment, but none of the preview software would run on the computer. I then previewed the four external hard drives, seized from Hartzog's apartment, by connecting the hard drives to an ICAC laptop computer and using preview software. I was able to locate several images of child pornography, including images depicting nude prepubescent girls orally copulating adult males' penises, on one of the external hard drives. All the computers and the external hard drive, in which the child pornography was found, were sent to the Regional Computer Forensics lab (RCFL) forensic data extraction.

On 06-13-09, AOL reported to NCMEC that they had discovered the transmission of e-mails with attached files of images depicting child pornography. AOL also provided the e-mail address 1blackcaligula@aol.com with an Oceanside, Calif. zip code. The case was forwarded to Oceanside Police Detective Nicole Davis for follow-up investigation. Detective Davis obtained a search warrant for all information related to the e-mail address and forwarded the warrant to AOL. AOL responded to the search warrant and sent Detective Davis a CD containing all the information requested.

AOL indicated the name on the account was Lou Hart with a zip code of 92057. AOL also provided login IP addresses and Detective Davis requested the ICAC Task Force obtain a federal administrative subpoena to be forwarded to Cox Communications for subscriber information related to the login IP addresses provided by AOL. On 08-27-09, Cox responded to the administrative subpoena and identified the subscriber as Llewellyn Hartzog, living at the San Ramon Drive address.

I reviewed the data extracted from Hartzog's computers and external harddrives. I located the presence of over 1000 images of child pornography and approximately 12 videos of child pornography in addition to images of child erotic and sexually explicit chats regarding minors. Several image of child pornography had been emailed by Hartzog to other individuals between the dates of April 6, 2005 and October 10, 2008. A description of several of these items is below:

One video, entitled **1st mom thn dad.wmv,** depicts a nude child, under the age of 5 years old, being orally copulated by a nude adult female. The video then depicts the child being vaginally molested by a nude adult male.

One of the images, found under the file path **Documents and Settings\Llewellyn Hartzog\My Documents\yngm\! boy 8 ! y suck dad.jpg,** depicts a nude prepubescent boy orally

copulating an adult male's erect penis.

One image that was an attachment to an e-mail sent to Sweetkyhome02 from Caligula69xx69 on 03-26-05, depicts a nude girl, possibly near the age of 10 years old, sitting on a blue sofa. A nude adult female has bound the girl's arms and legs using a rope. This image was found under the file path **Documents and Settings\Llewellyn Hartzog\My Documents\yng f\bondage.jpg**.

Another image that was an attachment to an e-mail sent to NudeToolDad by Caligula69xx69 on 05-24-05, depicts a nude young child, whose sex cannot be determined by the image, lying on its back with its hands tied behind its back. The child is being sodomized by an adult male and is entitled **bondagefuck.jpg**.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

Anthony Torres
Special Deputy, US Marshal