PROB 12B
(08/16)

June 27, 2019
pacts id: 233482

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

Received in Chambers

JUL - 1 2019

Roger T. Benitez
U.S. District Judge

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Llewellyn Hartzog (English)    **Dkt No.:** 10CR02214-001-BEN

**Name of Sentencing Judicial Officer:** The Honorable Roger T. Benitez, Senior U.S. District Judge

**Sentence:** One hundred and twenty-six-months custody; ten years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** February 22, 2011

**Date Supervised Release Commenced:** June 27, 2019

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

ADD:

You must reside in a Residential Re-entry Center for a period up to 120 days, unless an address is approved by the probation officer. While at the RRC you must observe the rules of the facility.

PROB12B

| | |
|---|---|
| Name of Offender: Llewellyn Hartzog | June 27, 2019 |
| Docket No.: 10CR02214-001-BEN | Page 2 |

## CAUSE

Mr. Hartzog released from custody with the Bureau of Prisons (BOP) on June 27, 2019. His supervision release plan had changed over recent months and he found himself to be temporarily homeless in the Northern District of California where he had been designated by the BOP. In an effort to address Mr. Hartzog's unstable residential situation, probation is recommending his supervision conditions be modified to allow him to reside in a Residential Reentry Center (RRC) in the Northern District of California while the probation office evaluates his request to reside in that district. Mr. Hartzog's instant offense involved the distribution of images of minors engaged in sexually explicit conduct. At present, he resides in a single room occupancy hotel in San Francisco, California. The offender has agreed with the proposed modification by signing the attached Waiver of Hearing to Modify Conditions of Supervised Release (Form 49).

Respectfully submitted:
by _____
Michael McKabe
Supervisory U.S. Probation Officer
(619) 409-5105

Attachments:

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above

___ Other _____

_____
The Honorable Roger T. Benitez
Senior U.S. District Judge

Date 7/01/2019